AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

FILED
CLERK, U.S. DISTRICT COURT

SEP 1 5 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

### for the

EMMANUEL ZAKARIA,
_Petitioner_

v.

F.C.I. VICTORVILLE II
_Respondent_

*(name of warden or authorized person having custody of petitioner)*

)
)
)
)
)
)
)
)
)
)

5-25-CV-02425-PA-MBK

Case No. 8:23CR45-001

*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name: Emmanuel Gabriel Zakaria

    (b) Other names you have used:

2.  Place of confinement:

    (a) Name of institution: FCI Victorville II

    (b) Address: P.O. Box 3850  Adelanto, CA 92301

    (c) Your identification number: 46442-510

3.  Are you currently being held on orders by:

    ☑ Federal authorities    ☐ State authorities    ☐ Other - explain:

4.  Are you currently:

    ☐ A pretrial detainee (waiting for trial on criminal charges)

    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

    If you are currently serving a sentence, provide:

    (a) Name and location of court that sentenced you: NEBRASKA

    (b) Docket number of criminal case: 8:23CR45-001

    (c) Date of sentencing: 03-20-2024

    ☐ Being held on an immigration charge

    ☑ Other *(explain):* ICE Detainer.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Decision or Action You Are Challenging**

5.  What are you challenging in this petition?

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☒ Other (explain): _I am Being told I'm not eligible for halfway house because of an Ice Detainer. I am currently 12 months from my release date._

6.  Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: _Victorville FCI II_

(b) Docket number, case number, or opinion number: _BP8, I have enclosed with this._

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): _Case Manager Went back on his word and Wrote I'm not eligible for halfway house due to time left on my Sentence not Due to immigration hold._

(d) Date of the decision or action: _3-14-25_

**Your Earlier Challenges of the Decision or Action**

7.  **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes          ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _BP-8_

(2) Date of filing: _1-21-25_

(3) Docket number, case number, or opinion number: _——_

(4) Result: _——_

(5) Date of result: _3-14-25_

(6) Issues raised: _Even though I am eligible for FSA, No FSA time was credited towards my halfway house. I don't have a final order of deportation and after writing to immigration they informed that they aren't aware of and holds on me and no case concerning me._

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

_____

_____

(b)  If you answered "No," explain why you did not appeal: _____

_____

_____

8.     **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes          ☐ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court: _____

_____

(2)  Date of filing: _____

(3)  Docket number, case number, or opinion number: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

_____

_____

(b)  If you answered "No," explain why you did not file a second appeal: _____

_____

9.     **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes          ☐ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court: _____

_____

(2)  Date of filing: _____

(3)  Docket number, case number, or opinion number: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

 

(b) If you answered "No," explain why you did not file a third appeal: _____

_____

10.  **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes            ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes                ☐ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

_____

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes                ☑ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11.    **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes        ☑ No

If "Yes," provide:

(a)    Date you were taken into immigration custody: _____

(b)    Date of the removal or reinstatement order: _____

(c)    Did you file an appeal with the Board of Immigration Appeals?

☐ Yes        ☐ No

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

(d)    Did you appeal the decision to the United States Court of Appeals?

☐ Yes        ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

_____

_____

_____

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes          ☑ No

If "Yes," provide:

(a)  Kind of petition, motion, or application: _____

(b)  Name of the authority, agency, or court: _____

_____

(c)  Date of filing: _____

(d)  Docket number, case number, or opinion number: _____

(e)  Result: _____

(f)  Date of result: _____

(g)  Issues raised: _____

_____

_____

_____

_____

_____

_____

**Grounds for Your Challenge in This Petition**

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

**GROUND ONE:** _____

_____

_____

_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

(b) Did you present Ground One in all appeals that were available to you?

❑ Yes                    ❑ No

**GROUND TWO:** _____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

(b) Did you present Ground Two in all appeals that were available to you?

❑ Yes                    ❑ No

**GROUND THREE:** _____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

(b) Did you present Ground Three in all appeals that were available to you?

❑ Yes                    ❑ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

_____

_____

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

_____

(b)  Did you present Ground Four in all appeals that were available to you?

☐ Yes          ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

_____

_____

_____

**Request for Relief**

15.  State exactly what you want the court to do: _____

_____

_____

_____

_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: ___09-25~~10~~-25___          _____
*Signature of Petitioner*


_____
*Signature of Attorney or other authorized person, if any*

Page 10 of 10

```
    VVME8   540*23 *           SENTENCE MONITORING        *      09-04-2025
PAGE 001         *             COMPUTATION DATA           *      15:33:03
                              AS OF 09-04-2025


REGNO..: 46442-510 NAME: ZAKARIA, EMMANUEL


FBI NO...........: 752737KD0        DATE OF BIRTH: 10-10-1990  AGE:  34
ARS1.............: VVM/A-DES
UNIT.............: 2 GP             QUARTERS.....: C01-132U
DETAINERS........: YES             NOTIFICATIONS: NO


FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 03-05-2026

FINAL STATUTORY RELEASE FOR INMATE.: 02-23-2027 VIA GCT REL
            WITH APPLIED FSA CREDITS.: 210  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 07-28-2026 VIA FSA REL



                  RELEASE AUDIT COMPLETED ON 07-28-2025 BY DSCC
----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: NEBRASKA
DOCKET NUMBER...................: 8:23CR45-001
JUDGE...........................: BUESCHER
DATE SENTENCED/PROBATION IMPOSED: 03-20-2024
DATE COMMITTED..................: 05-03-2024
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


             FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $100.00       $00.00        $00.00       $00.00


RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO     AMOUNT: $00.00

-----------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  391    21:846 SEC 841-851 ATTEMPT

OFF/CHG: 21:846 CONSPIRACY TO DISTRIBUTE AND POSSESSION WITH INTENT
         TO DISTRIBUTE 10 GRAMS OR MORE OF FENTANYL ANALOGUE (CT.1)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:  48 MONTHS
 TERM OF SUPERVISION............:   3 YEARS




 G0002      MORE PAGES TO FOLLOW . . .
```

```
     VVME8   540*23 *          SENTENCE MONITORING        *     09-04-2025
PAGE 002          *          COMPUTATION DATA           *     15:33:03
                             AS OF 09-04-2025


REGNO..: 46442-510 NAME: ZAKARIA, EMMANUEL


 DATE OF OFFENSE...............: 06-28-2022

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 05-31-2024 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 06-03-2024 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 03-20-2024
TOTAL TERM IN EFFECT............:    48 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     4 YEARS
EARLIEST DATE OF OFFENSE........: 06-28-2022

JAIL CREDIT.....................:    FROM DATE       THRU DATE
                                    06-28-2022      06-29-2022
                                    02-23-2023      07-10-2023
                                    02-15-2024      03-19-2024


TOTAL PRIOR CREDIT TIME.........: 174
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 216
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 02-23-2027
ELDERLY OFFENDER TWO THIRDS DATE: 05-28-2026
EXPIRATION FULL TERM DATE.......: 09-27-2027
TIME SERVED.....................:     1 YEARS     11 MONTHS       8 DAYS
PERCENTAGE OF FULL TERM SERVED..: 48.4
PERCENT OF STATUTORY TERM SERVED: 56.8




G0002       MORE PAGES TO FOLLOW . . .
```

```
  VVME8  540*23 *          SENTENCE MONITORING        *    09-04-2025
PAGE 003          *          COMPUTATION DATA          *    15:33:03
                            AS OF 09-04-2025

REGNO..: 46442-510 NAME: ZAKARIA, EMMANUEL


PROJECTED SATISFACTION DATE.....: 07-28-2026
PROJECTED SATISFACTION METHOD...: FSA REL
    WITH FSA CREDITS INCLUDED...: 210

REMARKS.......: 5-31-24:COMP ENTERED, PD15-NO HX B/DMR
```

```
  G0002        MORE PAGES TO FOLLOW . . .
```

```
   VVME8  540*23 *        SENTENCE MONITORING       *    09-04-2025
PAGE 004 OF 004 *         COMPUTATION DATA          *    15:33:03
                          AS OF 09-04-2025
```

REGNO..: 46442-510 NAME: ZAKARIA, EMMANUEL


--------------------------- CURRENT DETAINERS: ----------------------------

DETAINER NO..: 001
DATE LODGED..: 06-14-2024
AGENCY.......: IMMIGRATION & CUSTOMS ENFORCE
AUTHORITY....: ICE
CHARGES......: POSSIBLE DEPORTATION


G0000      TRANSACTION SUCCESSFULLY COMPLETED



### Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: ZAKARIA, EMMANUEL 46442-510

SEQUENCE: 02370698
Team Date: 11-19-2024

| | | | |
|---|---|---|---|
| Facility: | VVM  VICTORVILLE MED II FCI | Proj. Rel. Date: | 12-25-2026 |
| Name: | ZAKARIA, EMMANUEL | Proj. Rel. Mthd: | FIRST STEP ACT RELEASE |
| Register No.: | **46442-510** | DNA Status: | NEED / 04-03-2024 |
| Age: | 34 | | |
| Date of Birth: | 10-10-1990 | | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|
| ICE | POSSIBLE DEPORTATION |

**Inmate Photo ID Status**

| No photo ID - Expiration: null |
|---|

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| VVM | FAC HVAC 2 | FACILITIES HVAC 2 DETAIL | 10-03-2024 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| VVM | ESL HAS | ENGLISH PROFICIENT | 05-06-2024 |
| VVM | GED HAS | COMPLETED GED OR HS DIPLOMA | 05-06-2024 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| VVM | | INTRODUCTION TO WELDING | 11-13-2024 | CURRENT |
| VVM | C | SPORTS INJURY WELLNESS CLASS | 08-13-2024 | 09-24-2024 |
| VVM | C | INTERMEDIATE NUTRITION | 08-12-2024 | 09-30-2024 |
| VVM | C | BEG STRESS,HEALTH & COPING(C1) | 05-28-2024 | 07-16-2024 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|
| 08-11-2024 | 397 : PHONE ABUSE - NO CIRCUMVENTION |

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 05-03-2024 |
| CARE1-MH | CARE1-MENTAL HEALTH | 05-24-2024 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| NO F/S | NO FOOD SERVICE WORK | 03-27-2024 |
| NO PAPER | NO PAPER MEDICAL RECORD | 05-03-2024 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-27-2024 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| DAP UNQUAL | RESIDENT DRUG TRMT UNQUALIFIED | 07-03-2024 |
| ED COMP | DRUG EDUCATION COMPLETE | 07-30-2024 |
| NR COMP | NRES DRUG TMT/COMPLETE | 10-24-2024 |

**FRP Payment Plan**

| Most Recent Payment Plan |
|---|

| **FRP Assignment:** | **PART** | **FINANC RESP-PARTICIPATES** | **Start: 08-14-2024** |
|---|---|---|---|
| Inmate Decision: | **AGREED** | $100.00 | Frequency: **QUARTERLY** |
| Payments past 6 months: | **$0.00** | Obligation Balance: | **$100.00** |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $100.00 | IMMEDIATE | AGREED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |

## FSA Time Credit Assessment

Register Number:46442-510, Last Name:ZAKARIA

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

---

---- Best Case Scenario - Conditional Pre-release Planning & Preparation Only -----------------
All conditional days and conditional dates below are the individual's best case scenario
given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of
11-02-2024. These dates can change if there are changes to one or more of the following: the
individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT
OF 365 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR
REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT
ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE
FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND
CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE:
(a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE
WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND
(5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---

Projected Release Date: 02-23-2027
Projected Release Method: GCT REL
FSA Projected Release Date: 12-25-2026
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 06-18-2026
SCA Conditional Placement Days: N/A
SCA Conditional Placement Date: N/A
FSA Conditional Placement Days: N/A
FSA Conditional Placement Date: N/A
Conditional Transition To Community Date: N/A
--- **SCA Ineligible** --------------------------------------------------------------------------
--- Detainers
 Id  Lodged       Org Authority
 001 06-14-2024   ICE ICE

## CERTIFICATE OF SERVICE BY UNITED STATES MAIL

I, _Emmanuel Gabriel Zakaria_ , hereby certify tha[t]
have served a true and correct copy of the attached _Emergency_
_Habeas Corpus Petition for Relief, And Petition_
_For A Writ of Habeas Corpus._

by placing the same into a sealed envelope with First-class postag[e]
fully pre-paid, and submitting the legal envelope to prison offici[al]
at FCI Victorville Complex - Medium II, Mailroom Staff, in accorda[nce]
with the Federal Bureau of Prisons **"Special Mail"** procedures, and
pursuant to the provisions of **Houston v. Lack**, 487 U.S. 266, 108 S[.]
2379, 101 L.Ed.2d 245 (1988), for delivery to the local Post Offic[e]
addressed to: _Clerk of Court, US District Court_
_for Central District of California. 255 East_
_Temple Street, Rm. 180 Los Angeles, CA 90012_

I declare under the penalty of perjury that the foregoing
statements are true and correct pursuant to the laws of the United
States of America.

EXECUTED and DATED this _10th_ EZ day of _September_ EZ , 20 25

Respectfully submitted,

_____
Declarant

ZAKARIA
−510

VIX 1330.17
10/11/2012
Page 4

## REQUEST FOR ADMINISTRATIVE REMEDY
### INFORMAL RESOLUTION

INSTITUTION (CIRCLE ONE)  FCI I  (FCI II)  USP  CAMP

**NOTICE TO INMATE:** Be advised that before filing a Request for Administrative Remedy form BP-229 (except as provided in §542.13(b)), you shall attempt to informally resolve your complaint through your Correctional Counselor. Briefly state the complaint below and list what efforts you have made to resolve your complaint informally. State names of staff contacted.

1. Complaint and resolution you expect: Hello, I'm filling this in vegards to me having one tear and six months left, which makes me eligible for half way house. After speaking to Mr. Zimmerman, He informed me that he won't be able to put me in for halfway due to me having an ICE hold. I would have more resources and help out on halfway than me being still detained.

2. Efforts you have made to informally resolve: Filing this BPA and talking with others who were let out on half-way with ICE detainers.

— Thank You and God Bless.

Emmanuel Zakaria /Zez    46442-510        1-21-25
Inmate's Name/Signature        Reg. No.        Date

*************************************************************

| FOR STAFF USE ONLY | | | |
|---|---|---|---|
| 1-21-25 | 2-10-25 | | |
| Date Form Issued | Date Form Returned | BP-9 Issued | BP-9 Returned |

Steps taken to resolve complaint and conclusion: **Response from Unit Team:**

**You have an ICE detainer with Possible Deportation. A new guidance memo from Regional Administrator**

**has stated that any inmate with an active detainer will not be accepted for pre-release RRC placement.**

Counselor Signature        3-14-25
                            Date

Unit Manager's Comments: YOU HAVE NO CREDITS FOR HALFWAY HOUSE APPLIED FROM FSA. You CURRENTLY HAVE 135 DAYS APPLIED TOWARDS RELEASE DATE.

Unit Manager Signature        3-31-2025
                              Date

**Distribution:** If complaint is <u>NOT</u> informally resolved - Forward this original form attached to BP-9 Form to the Administrative Remedy Clerk.

CL-201✓

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Instructions

1. **Who Should Use This Form.**  You should use this form if
   * you are a federal prisoner and you wish to challenge the way your sentence is being carried out *(for example, you claim that the Bureau of Prisons miscalculated your sentence or failed to properly award good time credits)*;
   * you are in federal or state custody because of something other than a judgment of conviction *(for example, you are in pretrial detention or are awaiting extradition)*; or
   * you are alleging that you are illegally detained in immigration custody.

2. **Who Should Not Use This Form.**  You should not use this form if
   * you are challenging the validity of a federal judgment of conviction and sentence *(these challenges are generally raised in a motion under 28 U.S.C. § 2255)*;
   * you are challenging the validity of a state judgment of conviction and sentence *(these challenges are generally raised in a petition under 28 U.S.C. § 2254)*; or
   * you are challenging a final order of removal in an immigration case *(these challenges are generally raised in a petition for review directly with a United States Court of Appeals)*.

3. **Preparing the Petition.**  The petition must be typed or neatly written, and you must sign and date it under penalty of perjury.  **A false statement may lead to prosecution.**

   All questions must be answered clearly and concisely in the space on the form.  If needed, you may attach additional pages or file a memorandum in support of the petition.  If you attach additional pages, number the pages and identify which section of the petition is being continued.  Note that some courts have page limitations.  All filings must be submitted on paper sized 8½ by 11 inches.  **Do not use the back of any page.**

4. **Supporting Documents.**  In addition to your petition, you must send to the court a copy of the decisions you are challenging and a copy of any briefs or administrative remedy forms filed in your case.

5. **Required Filing Fee.**  You must include the $5 filing fee required by 28 U.S.C. § 1914(a).  If you are unable to pay the filing fee, you must ask the court for permission to proceed in forma pauperis – that is, as a person who cannot pay the filing fee – by submitting the documents that the court requires.

6. **Submitting Documents to the Court.**  Mail your petition and _____ copies to the clerk of the United States District Court for the district and division in which you are confined.  For a list of districts and divisions, see 28 U.S.C. §§ 81-131.  All copies must be identical to the original.  Copies may be legibly handwritten.

   If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

7. **Change of Address.**  You must immediately notify the court in writing of any change of address.  If you do not, the court may dismiss your case.



Emmanuel G. Zakaria, 46442-510
FCI Victorville II
P. O. Box 3850
Adelanto, CA 92301

U. S District Court
Central District of California
Office of The Clerk
255 East Temple St, Room 180
Los Angeles, CA 90012

