**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMMANUEL ZAKARIA,<br>Petitioner,<br>v.<br>V. ARIAZA-RAMIREZ, WARDEN,<br>Respondent. | Case No. 5:25-cv-02425-PA-MBK<br><br>ORDER ACCEPTING IN PART FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Respondents filed written objections to the report in which they agree with the Magistrate Judge's recommendation that this action should be dismissed as moot, but object to the recommendation of dismissal without prejudice. Respondents argue that the action should be dismissed with prejudice because Respondents cannot again engage in the challenged conduct. Dkt. 29 at 3.

Based on its review of the pleadings in this matter, the Court accepts the findings and recommendation of the Magistrate Judge that Petitioner's

claims be dismissed because they are moot and concludes that they should be dismissed with prejudice.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

Dated: September 11, 2026

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE