JS-6

# IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL ZAKARIA,<br>Petitioner,<br>v.<br>V. ARIAZA-RAMIREZ, WARDEN,<br>Respondent. | Case No. 5:25-cv-02425-PA-MBK<br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE: September 11, 2026

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE